UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEN WALKER,<br><br>                      Plaintiff *pro se*,<br><br>       v.<br><br>METROPOLITAN TOWER LIFE INSURANCE COMPANY and METLIFE INC.,<br><br>                      Defendants. | No. 15–cv–240 (KM)(MAH)<br><br>**MEMORANDUM and ORDER** |

    On March 4, 2016, the Court entered an order and opinion (ECF nos. 31, 32) dismissing the complaint for failure to state a claim, without prejudice to the filing of an amended complaint within 30 days. The clerk's office mailed a copy to the plaintiff, *pro se,* but the mail was returned undelivered. No update of the plaintiff's address has been received as required by Loc. Civ. R. 10.1. No amended complaint has been filed. Accordingly,

    IT IS this 2d day of May, 2016,

    ORDERED that the prior dismissal of the complaint shall be deemed to be with prejudice. The clerk shall close the file.

                                              Hon. Kevin McNulty
                                              United States District Judge